UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

AIMAN ABU NAAJ et al.,

    Petitioners,

**JUDGMENT IN A CIVIL CASE**

    v.

Case No. 23-cv-0271-bhl

SECRETARY ALEJANDRO MAYORKAS et al.,

    Respondents.

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒     **Decision by Court.** This action came before the Court for consideration. The Court has decided the issues and rendered a decision.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the case is dismissed without prejudice for failure to prosecute.

Dated at Milwaukee, Wisconsin on July 11, 2024.

GINA M. COLLETTI
Clerk of Court

s/ *Julie D.*
(By) Deputy Clerk